UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERINO ASTUDILLO, DANIEL AVINA and AMRITPAL BRAH<br><br>    Plaintiffs,<br><br>    v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:16-CV-00877-WBS-CKD<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS BY ALL PLAINTIFFS, WITH PREJUDICE** |

1. All claims asserted by and behalf of Plaintiffs Gerino Astudillo, Daniel Avina and Amritpal Brah are hereby dismissed, with prejudice.

2. Each party will bear its own attorneys' fees and costs related to the claims in this matter, AND as provided by their settlement agreements.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 26, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE